'Federal Court'
at
'District Court of the united States for Middle Georgia'

| | |
|---|---|
| i:a man; | ) |
| prosecutor | ) Nature of case; claim |
| -------------------------------- | ) |
| STATE OF GEORGIA: ENTITY UNDISCLOSED | ) |
| NO KNOWN ADDRESS, | ) **5:14-CV-047** |
| LASHONDA HARRIS, A WOMAN, | ) |
| TWIGGS COUNTY SHERIFF'S OFFICE: | )   claim; trespass [liberty] |
| ENTITY UNDISCLOSED  NO KNOWN ADDRESS, | ) |
| KEVIN WRYE , A MAN: | )         (verified) |
| DARRIN MITCHUM, A MAN: | ) |
| JOHN DOES 1-5, A MAN: | ) |
|     Wrongdoer(s) | ) |

RECEIVED CLERK'S OFFICE 2014 FEB -3 PM 4:47 U.S. DISTRICT COURT GEORGIA MACON, GEORGIA

---

i, require; a 'court of record';

---

claim: trespass [liberty – Right to life, liberty, pursuit of happiness]

i, a man claim:

1. the said wrongdoer(s) trespass upon my property (liberty to be let alone);

2. the causal agent of the trespass, comes by way of theft of liberty;

3. the said wrongdoers(s) are noticed to cease and desist attempting to administrate my property without express consent;

4. the trespass did and does harm and injury to my property;

5. the commencement of wrong and harm began on january 4th, 2014;

6. the wrong and harm continue to this day, february 3rd, 2014;

7. i wish to be let alone

8. in order to be let alone, i require case(s) and warrants be dismissed with prejudice (case #'s unknown at this time) and criminal warrants (#'s, 14-010, 14-009, 14-008) and be voided and expunged from the record;

9. i, require compensation for the initial and continual trespass upon my property;

10. compensation due to make whole for damages:  Five thousand dollars (5,000.00) for every hour (Six days, = 144 hours = Seven hundred and twenty thousand dollars) $720,000.00;

i, say here, and will verify in open court, that all herein be true

By: [signature]

February 3, 2014