RECEIVED
CLERK'S OFFICE

DISTRICT COURT OF THE UNITED STATES OF AMERICA

2014 FEB -3 PM 4:48

FOR THE STATE OF MIDDLE GEORGIA

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

| | |
|---|---|
| Jeffrey-Allen; house of Pennington, )<br>Living Flesh and Blood Man with a Soul, )<br>   Real Party of interest, )<br>      Injured party, )<br> )<br>JEFFREY ALLEN PENNINGTON, )<br>(Government Registered Trade Name), )<br>A Trust or estate and Ward of the government, )<br> )<br>      v. )<br> )<br>STATE OF GEORGIA )<br>LIVING SOUL UNDISCLOSED )<br>NO KNOWN ADDRESS, )<br>LASHONDA HARRIS, a woman, )<br>TWIGGS COUNTY SHERIFF'S OFFICE )<br>LIVING SOUL UNDISCLOSED, )<br>KEVIN WRYE, a man, )<br>DARREN MITCHUM, a man, )<br>JOHN DOES 1-5 )<br>   Wrongdoers )<br>    Fictitious-Foreign )<br>      Original Plaintiff(s) in error )<br> ) | Cause No. **5:14-CV-047**<br><br>Entry of Appearance<br>As a Living Flesh and Blood<br>Man with a Soul |

    Now Comes, I, a living flesh and blood man with a soul, Jeffrey-Allen; house of Pennington, requesting an Entry of Appearance under the following and pursuant to Congressional mandates of the United States Congress: TITLE 10 App. > COURTS > Rule 13. Notice of appearance of counsel, **Title 29: Labor,** PART 2200, RULES OF PROCEDURE, Subpart B – Parties and Representatives § 2200.23 Appearances and withdrawals. Rule 23. Form and Style of Papers III. PLEADINGS AND MOTIONS Rule 11. Rule 11. Signing Pleadings, Motions, and Other Papers; **Representations** to the, and pursuant to, Congressional mandates of the Administrative Procedure Act 1946, 60 stat 237.

I, Jeffrey-Allen; house of Pennington, hereby Request Entry Of Appearance as 6th Amendment counsel on this date February 3rd, 2014 in this action to be legal counsel and adviser and to represent the named party, **JEFFREY ALLEN PENNINGTON**, pursuant to the United States Constitution, 6th Amendment and pursuant to Title 28 USC, Judiciary and judicial procedures, App. Rule 17 under civil rules of procedure and federal Rules of Civil Procedure as a party of interest and as a next friend.

Whereas the named party, **JEFFREY ALLEN PENNINGTON,** in this case, lacks confidence in any attorney as said attorneys represents the State and or Federal government as member of the Bar Association and as such members' first obligation is to represent the State and or Federal governments best interests and not the client's best interest, the named party, **JEFFREY ALLEN PENNINGTON,** in this case, has requested that Jeffrey-Allen; house of Pennington, to act as 6th Amendment counsel in this action on HIS behalf.

As Congressional mandate created the Federal Bar under 36 USC chapter 705 as a "Corporation" and under section 70503 of this Title 36 chapter 705 to refuse my Entry of Appearance to be 6th Amendment counsel to **JEFFREY ALLEN PENNINGTON,** would be act to over throw the United States Government and the Constitution and would violate Title 36 chapter 705 section 70503.

As the TWIGGS COUNTY SHERIFF'S OFFICE, and the TWIGGS COUNTY COURT SYSTEM is a Federal Agency or a State Agency under Title 5 USC, Administrative Procedure Act, under 60 stat 237 this allows Jeffrey-Allen; house of Pennington, to act as counsel in an administrative hearing as the United States Attorney holds a Federal Bar Card to the Corporation under 36 USC, chapter 705, and the TWIGGS COUNTY SHERIFF'S OFFICE, and the TWIGGS COUNTY COURT SYSTEM is a state Administrative Agency receiving federal funds by and through the United States Congress.

By: _____
    Jeffrey-Allen; house of Pennington

## Proof Of Service

Now Comes, I, a living flesh and blood man with a soul, Jeffrey-Allen; house of Pennington, and sets forth this Entry of Appearance under the following and pursuant to Congressional mandates of the United States Congress under TITLE 10 App. > COURTS > Rule 13. Notice of appearance of counsel, **Title 29: Labor,** PART 2200, RULES OF PROCEDURE, Subpart B – Parties and Representatives § 2200.23 Appearances and withdrawals. Rule 23. Form and Style of Papers III. PLEADINGS AND MOTIONS Rule 11. Rule 11. Signing Pleadings, Motions, and Other Papers; **Representations** to the, and pursuant to, Congressional mandates of the Administrative Procedure Act 1946, 60 stat 237 to be filed and Entered with the clerk of court this document named Entry of Appearance to be filed into the district court of the United States Middle District of Georgia on this 3rd, day of February in the year of 2014 A.D.

Jeffrey-Allen; house of Pennington
C/O P.O. Box 171
Non-domestic
Dry Branch, Georgia Zip Code Exempt
478 345-5529
pastorpenn@gmail.com


Cc:

UNITED STATES DISTRICT COURT